UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD C. AVALOS,

    Plaintiff,　　　　　　　　　　　　No. C 04-3218 PJH

    v.　　　　　　　　　　　　　　　　**JUDGMENT**

JO ANNE B. BARNHART,
Commissioner of Social
Security Administration,

    Defendant.
_____/

    This action having come before the court on the plaintiff's motion for summary judgment and/or remand and the defendant's motion for summary judgment, and the court having granted plaintiff's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  This constitutes a final judgment and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: September 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge